UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCETON EXCESS & SURPLUS LINES INSURANCE COMPANY,<br><br>                      Plaintiff,<br><br>v.<br><br>BROAN-NUTONE, LLC,<br><br>                      Defendant. | Case No.: 23-cv-1901-H-DEB<br><br>**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER DEADLINES**<br><br>**[DKT. NO. 20]** |

Before the Court is the parties' First Stipulation and Request to Modify the Scheduling Order. Dkt. No. 20. The parties request a fourteen-day continuance of fact and expert discovery-related deadlines only. *Id.* at 2–3. All other cut-off dates, including the Motion Filing Cutoff and Final Pretrial Conference, remain as previously set. *See id.* Good cause appearing, the Court **GRANTS** the Motion.

//

//

//

//

//

//

1

The new Scheduling Order dates are as follows:

| Event | New Date/Deadline |
|---|---|
| Mandatory Settlement Conference Briefs | May 24, 2024 |
| Mandatory Settlement Conference | May 31, 2024 at 9:30 AM |
| Fact Discovery Cutoff | May 24, 2024 |
| Initial Expert Witness Designations | May 24, 2024 |
| Supplemental Expert Witness Designations | June 7, 2024 |
| Initial Expert Disclosures | June 21, 2024 |
| Rebuttal Expert Disclosures | July 19, 2024 |
| Expert Discovery Cutoff | August 19, 2024 |
| Motion Filing Cutoff (including *Daubert* motions) | August 30, 2024 |
| Counsel must file their memoranda of contentions of fact and law and take any other action required by Civil Local Rule 16.1(f)(2). | December 2, 2024 |
| Counsel must comply with the pretrial disclosure requirements of Fed. R. Civ. P. 26(a)(3). | December 2, 2024 |
| Counsel must meet and take the action required by Civil Local Rule 16.1(f)(4). | December 9, 2024 |
| Plaintiffs' counsel must provide opposing counsel with the proposed pretrial order for review and approval. | December 16, 2024 |
| Counsel must lodge the proposed final pretrial conference order, including objections to any other parties' Fed. R. Civ. P. 26(a)(3) pretrial disclosures, with Judge Huff. | December 23, 2024 |
| Final Pretrial Conference | December 30, 2024 at 10:30 AM |

//

//

All other deadlines, guidelines, and requirements remain as previously set. *See* Dkt. No. 10.

**IT IS SO ORDERED.**

Dated: May 10, 2024

_____
Honorable Daniel E. Butcher
United States Magistrate Judge